IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV88-C

| | |
|---|---|
| LETITIA WHITAKER and JEFFREY ) <br> WHITAKER as Next Friends of MARCUS ) <br> WHITAKER, a Minor, ) <br> ) <br>     Plaintiffs, ) <br>   v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant. ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' "Motion for Admission of Jeffrey C. Anderson [Pro Hac Vice]" (document #6) filed May 22, 2008. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 23, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge