UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv202

| | |
|---|---|
| LETITIA WHITAKER and JEFFREY WHITAKER as Next Friends of MARCUS WHITAKER, a Minor, Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | ORDER |

**THIS MATTER** is before the Court on its own motion. On February 2, 2009, the Court sent a notice to Jeffrey Anderson pursuant to Local Rule 83.1 stating that Anderson is required to register and be trained on ECF. Jefferson failed to comply with the notice.

**IT IS THEREFORE ORDERED** that Anderson must register and be trained on ECF by March 15, 2009.

Signed: March 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge